Reza Mirzaie, Esq.
(Pro Hac Vice to be submitted)
*rmirzaie@raklaw.com*
Stanley H. Thompson, Jr., Esq.
(Pro Hac Vice to be submitted)
*sthompson@raklaw.com*
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991

Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
T: (702) 382-0200
F: (702) 382-0212
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>SHORETEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:16-cv-00420-GMN-CWH<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff 2-Way Computing, Inc. ("Plaintiff") hereby files this Unopposed Motion and [Proposed] Order to Extend Deadline for Defendant to Respond to the Complaint in accordance with LR IA 6-1 and LR IA 6-2. This is the second request to extend the proposed deadline. This request is not made after the response deadline which is currently May 15, 2016.

The Complaint (Doc. 1) was filed on February 29, 2016 and was served on ShoreTel, Inc. on or about March 25, 2016. A first extension to respond to the complaint was granted until May 15, 2016.

/ / /

1  Plaintiff is currently in the process of finalizing an agreement which will resolve the claims
2  in this litigation against Defendant. Plaintiff believes this agreement will be executed in the next
3  few weeks and thereafter this case can be dismissed

4  The parties believe that the litigation of this matter will be best served by allowing an
5  additional thirty (30) days to work on a resolution of this matter. Because an attorney for
6  Defendant has not made an appearance in this case, Plaintiff files this motion to extend
7  Defendant's deadline as an unopposed motion.

8  Accordingly, Plaintiff respectfully requests that this Court grant its request to continue the
9  deadline for Defendant to respond to the Complaint until June 14, 2016.

DATED: May 10, 2016.

**BORGHESE LEGAL, LTD.**

*/s/ Mark Borghese*
_____
Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

**RUSS, AUGUST & KABAT**
Reza Mirzaie, Esq.
Stanley H. Thompson, Jr., Esq.
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2016

2016-05-10-Unopposed Motion for Extension of Time.docx   2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing document has been served on May 10, 2016 to all counsel of record via the Court's CM/ECF system.

Dated: May 10, 2016                           */s/ Mark Borghese*

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2016-05-10-Unopposed Motion for Extension of Time.docx   3